# Exhibit 1

| Def No. | Storename | Located in file | Page |
|---|---|---|---|
| 1 | Aqua Bubble | Exh. 1 - part 1.pdf | 3 |

DEF NO.: 1, STORENAME: Aqua Bubble

STOREURL: temu.com/mall.html?mall_id=634418222811521

3

| UGG Tasman |  |
| --- | --- |



DEF NO.: 1, STORENAME: Aqua Bubble
STOREURL: temu.com/mall.html?mall_id=634418222811521

4



DEF NO.: 1, STORENAME: Aqua Bubble                                                                 5
STOREURL: temu.com/mall.html?mall_id=634418222811521

